IN THE COURT OF CRIMINAL APPEALS OF TEXAS

melaviades Hernandez          §     IN THE COURT OF

Vs.                          §     KRIMINAL  APPEALS

THE STATE of TEXAS           §     of  TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 30 2015

Abel Acosta, Clerk

## MOTION REQUESTING COURT TO CONSIDER IT'S RULING ON A "STATE'S RESPONSE" TO DEFENDANT'S APPLICATION FOR THE PETITION FOR DISCRETIONARY REVIEW.

Comes Now melaviades Hernandez TDCJ No. 1924943. on this 25th day of November, 2015 and reavests that this HONORABLE Court Consider it's decision on a Refused PETITION FOR DISCRETIONARY REVIEW on COA NO. 05-14-00495-CR.

Applicant is aware that he is not entitled to any STATE's Rebuttal Response under the Law, however there are circumstances concerning this case where this Applicant will need the STATE'S RESPONSE to continue forward to his 11.07 writ of HAbeAS CORPUS PETITION.

Applicant was convicted in the COUNTY of DAllAS of the charge of sex abuse continuous CH/14. on November 4, 2015 an application for the issuance of a petition for discretionary review was REFUSED.

i

Applicant complained of his sentence violating his Constitutional rights Pursuant to the Eight Amendment to the United States Constitution As the sentence is Grossly disproportionate to the crime, And inappropriate to the offender.

The Sentence also violates his Constitutional rights Pursuant to article I, Section 13 of the Texas Constitution.

Applicant Also Presented an issue STATING that the Judgement should be reformed to reflect that the Punishment was Assessed by the Court rather than the Jury.

Applicant would like to enlighten to the fact that he has seen no evidence that any investigation was Performed Concerning those Allegations by the Conviction Court, nor State District Attorney's office.

This Applicant has An opportunity to rebut the Court's findings if he would recieve a STATE's Response.

This Applicant is In compliance with All Remedies of THE TEXAS RULES OF APPELIATE PROCEDURE. HE did his Appellate's Brief, then he filed Pro·SE his P D R Pursuant to TEXAS Rules of Appellate Procedure Rules 66-79 and STRICKLY Rule 68.

Very Respectfully this Applicant is Asking for a written Response to be Able to Prepare An 11.07 Very Gratefully under all TEXAS Law of Criminal Procedure.

## PRAYER

APPLICANT now PRAYS that this Honorable COURT grants this motion on a "STATES ResPonse" of it's decision to "Refuse" APPLICANT'S relief on his APPLICATION of a P D R.

## CERTIFICATE OF SERVICE

I hereby certify that A KOPY of the foregoing motion Requesting A "STATES ResPonse" to the P D R, has been served by United STATES Postal service to the Acting Chief of the APPellate section of the DALLAS COUNTY Criminal DistRict Attorney's office, on November 25, 2015.

Respectfully And Sincerely submitted: 11/25/15

_Melquiades Hernandez_

melquiades Hernandez
TDCJ NO. 1924943
William G. MC Connell unit.
3001 S. EMILY DRIVE.
Beeville, Texas. 78102